Jason A. Geller (CA SBN 168149)
jgeller@fisherphllips.com
Juan C. Araneda (CA SBN 213041)
jaraneda@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA  94111
Telephone: 415/490-9000
Facsimile:  415/490-9001

Attorneys for Defendant
WALMART INC.


Jack Perko (CA SBN 164529)
jack@jackperkolaw.com
LAW OFFICES OF JACK PERKO
26895 Aliso Creek Road, Suite B66
Aliso Viejo, CA, 92656
Telephone:  (949) 390-4442
Facsimile:   (949) 916-1039

Attorneys for Plaintiff
JACQUELINE WOODS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JACQUELINE WOODS,<br><br>            Plaintiff,<br><br>      vs.<br><br>WALMART, INC., and DOES 1 -15, inclusive,<br><br>            Defendants. | Case No.:  2:21-cv-00217-MCE-AC<br><br>[*Removed from Solano County Superior Court, Case No.* FCS055578]<br><br>**JOINT STIPULATION TO EXTEND SUPPLEMENTAL EXPERT DISCLOSURE DEADLINE; ORDER**<br><br><br>Complaint Filed: October 26, 2020<br>Removal Date:     February 3, 2021<br>Trial Date:             None |

Plaintiff JACQUELINE WOODS ("Plaintiff") and Defendant WALMART INC. ("Defendant"), by and through their counsel of record, hereby jointly stipulate and respectfully request that the Court extend the supplemental expert witness disclosure deadline from May 4, 2022 to June 17, 2022.

In support of this stipulation, the parties state as follows:

WHEREAS, this Court entered its Initial Pretrial Scheduling Order ("Scheduling Order") on February 4, 2021;

WHEREAS, based on the Scheduling Order the deadline to designate a supplemental list of expert witnesses falls on May 4, 2022;

WHEREAS, based on the progress of this case, an extension of the deadlines for completing expert discovery will allow the Parties to finalize their discovery and to adequately explore resolution of this matter prior to filing dispositive motions;

WHEREAS, no extension has previously been sought by the Parties to expert discovery deadlines;

WHEREAS, no trial date has been set and the proposed extension of the deadlines for completing expert discovery will not delay or prejudice the timely resolution of this case;

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order; and

THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this Court permitting that the supplemental expert witness disclosure deadline be extended to June 17, 2022.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 21, 2022           FISHER & PHILLIPS LLP

                                By:  /s/
                                    Jason A. Geller
                                    Juan C. Araneda
                                    Attorneys for Defendant
                                    WALMART INC.

DATED: April 19, 2022                LAW OFFICES OF JACK PERKO

                                     By:      /s/
                                        Jack Perko, Esq.
                                        Attorneys for Plaintiff
                                        JACQUELINE WOODS

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

DATED: April 25, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE